

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF APPEALS & OPINIONS
ALBANY BUREAU

August 1, 2024

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *New York State Firearms Ass'n v. Chiumento*,
            ACMS No. 24-1290

Dear Ms. Wolfe:

    Appellee respectfully requests that the Court set October 22, 2024, which is 91 days from the filing of appellants' brief, as the deadline for filing appellee's brief in this matter.

                                  Respectfully,

                                  */s/ Beezly J. Kiernan*
                                  BEEZLY J. KIERNAN
                                  Assistant Solicitor General
                                  (518) 776-2023

cc:    All counsel (via ACMS)