# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of August, two thousand and twenty-four,

New York State Firearms Association, George Borrello, David DiPietro, William Ortman, Aaron Dorr,

**ORDER**

Docket No. 24-1290

      Plaintiff - Appellants,

v.

Dominick L. Chiumento, in his official capacity as Acting Superintendent of the New York State Police,

      Defendant - Appellee.

Counsel for Appellee Dominick L. Chiumento has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 22, 2024, as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before October 22, 2024: If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court