# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **New York State Firearms Association v. Chiumento**    Docket No.: **24-1290**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Freya Jamison

Firm: Everytown Law

Address: P.O. Box 14780, Washington, D.C. 20044

Telephone: (202) 517-6620    Fax: (917) 410-6932

E-mail: fjamison@everytown.org

Appearance for: Everytown for Gun Safety
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendant-Appellee )
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on October 28, 2024.

Signature of Counsel: /s/ Freya Jamison

Type or Print Name: Freya Jamison