## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **N.Y. State Firearms Ass'n v. Chiumento**   Docket No.: **24-1290**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **William J. Taylor, Jr.**

Firm: **Everytown Law**

Address: **450 Lexington Ave., PO Box 4184, New York, NY 10163**

Telephone: **(646) 324-8215**   Fax:

E-mail: **wtaylor@everytown.org**

Appearance for: **Everytown for Gun Safety**
(party/designation)

Select One:

[✔] Substitute counsel (replacing lead counsel: **Freya Jamison / Everytown Law** )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

### CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed
my admission on **January 17, 2023**   OR

[ ] I applied for admission on .

Signature of Counsel: **/s/ William J. Taylor, Jr.**

Type or Print Name: **William J. Taylor, Jr.**